# UNITED STATES DISTRICT COURT

## District of Minnesota

Denis Alexander Villegas Avalos

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, and Dawanna Witt

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00657-PJS-DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. If petitioner is in Minnesota, respondents must immediately release petitioner from custody. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota and then immediately release him from custody.
4. Petitioner's motion for an order to show cause [ECF No. 5] is DENIED as moot.

Date: 1/30/2026

KATE M. FOGARTY, CLERK